Carey M. King
AKA John Doe /
Jane Doe
EWCC P.O. Box 315
Taft, OK 74463
  OR
10755 E. 29th Pl. — Home
Tulsa, OK. 74129

**FILED**

DEC 14 2023

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT WESTERN DIST. OKLA.
BY_____KB_____, DEPUTY

CIV-23-1141-PRW

United States District Court
For The Western District of Oklahoma

Carey M. King, Plaintiff
AKA John Doe / Jane Doe
         v.
The State of Oklahoma—Kevin Stitt
Judge Palumbo, Attorney General,
David Prater, Judge Troung, Judge Hai,
Judge Elliott (con't on next page)

Case No.

Civil Rights Complaint
Pursuant to 42 U.S.C
1983

## A. Jurisdiction

1) Carey M. King (Plaintiff), is a citizen of Oklahoma, who presently resides at Dr. Eddie Warrior Correctional Center.

2) All Defendants listed in this complaint except the inmates are citizens of the State of Oklahoma that I know of, they are employed as State officials, elected officials, mental health professionals, government

United States District Court
For The Western District of Oklahoma

Civils Rights Complaints
Pursuant To 42 U.S.C 1983

Carey M. King, Plaintiff
AKA Jane/John Doe
Charles King AKA Jane/John Doe
Chevon King AKA Jane/John Doe
Tearra King AKA Jane/John Doe
Paries Cannady AKA Jane/John Doe
Deoyonte Moore AKA Jane/John Doe
Deoyonte Moore Jr (minor)
Deoyon'Janae Moore AKA Jane/John Doe
Latrice Vaughn AKA Jane/John Doe
Amy Blose AKA Jane/John Doe
Shaynna Sims AKA Jane/John Doe
Le'Andrea Jackson-Hubbs AKA Jane/John Doe
Jessica Roberts AKA Jane/John Doe

V.

The State of Oklahoma - Kevin Stitt, Defendant(s)
The United States President - Joe Biden
The United States Vice President - Kamala Harris
The Lieutenant Governer - Oklahoma
Secretary of the State - Oklahoma
Attorney General - Oklahoma
President of the Senate
Justin-Farris - Dept Of Corrections
Mr. Casnar - EWCC CtoA

Continued Defendant(s)
The State of Oklahoma - Dept of Corrections (CCA)
Mabel Bassett Correctional Center / CCA
Dr. Eddie Warrior Correctional Center / CCA
Tamicka White - Warden - MBCC / Acting
Christie Sweat - Warden - EWCC / Acting
Steven Shar Harpe - Dept of Corrections Director
Scott Crow - Dept of Corrections
Mr. Braggs - Dept of Corrections
Ms. Natalie Cooper - Dept of Corrections
Mr. Carl Bear - Dept of Corrections
Travis Gray - Dept of Corrections
Mrs. Braggs - Dept of Corrections
Chief Medical Officer - Dept of Corrections
Sentence Administration - Dept of Corrections
Quality Assurance - Dept of Corrections
K9 Program - Dept of Corrections
Trustfund - Dept of Corrections
General Counsel - Dept of Corrections
Agent Hale - Dept of Corrections OIG
Agent Cox - Dept of Corrections OIG
Securus Technologies
Ms. Posey - EWCC
Auditing and Compliance - Dept. of Corrections
Lawton Correctional Facility [GEO Group, Inc]
Staffing Analysis - Dept. of Corrections
Training - Dept of Corrections
Offender Records - Dept. of Corrections
Legislative Liaison - Dept. of Corrections
Professional Development and Succession Planning - Dept. of Corrections

Continued Defendant(s)
District Attorney Tim Harris - Tulsa
Judge Tom Gillert - Tulsa
Judge Priddy - Tulsa
Judge Lafortune - Tulsa
Tulsa County Police Dept - Tulsa
Tulsa County Jail (David L. Moss) - Tulsa
Tulsa County Municipal Court - Tulsa
District Attorney Steven Kunzweiler - Tulsa
Damon Sacra - Tulsa
Scott Goode - Tulsa
Gina Nienstell - Tulsa
Tulsa County Court Clerk Sally Howe Smith - Tulsa
Rogers County Police Dept - Claremore
Rogers County Jail - Claremore
Okmulgee County Jail - Okmulgee
Tulsa County Evidence/Forensic Dept - Tulsa
OSBI - Oklahoma
Bureau Of Justice
Federal Bureau Investigation - Washington
Dr. Hamed - MBCC
Dr. Collier - MBCC
John Doe - MBARC
Ms. Green - MBCC
Dr. Crowell - MBCC
PharmaCorr - OKC
Ms. Boyles - CHSA
Ms. Repp - DON - MBCC
Ms. Bricker - MBCC
Jane Doe - Nursing Staff
Dr. Pittman - Mental Health

Continued Defendant(s)
Ms. Callaway - Mental Health - MBCC
Dr. Raju - MBCC/EWCC - Mental Health
Dr. Tromka - EWCC - Mental Health
Ms. Oliver - EWCC - Medical
Ms. May - EWCC Medical
Dr. Getty's - EWCC Medical
Ms. Buerker - EWCC Medical
Ms. Anderson - EWCC Medical
Ms. Moore - EWCC Medical
Ms. Boling - EWCC Medical
Ms. Oliver - EWCC Medical NP
Mr. Breslin - EWCC Warden (2022)
Ms. Roper - EWCC DW (2022)
Ms. V. Witherspoon
Ms. Clark - EWCC
Ms. Carter - EWCC
Mr. Bleu - EWCC Dental
EWCC Kitchen Supervisor - (Ms. Moss)
MBCC Kitchen Supervisor
Sprint
Tulsa Detective Division
Ms. Holtz - MBCC
Mr. Elder - MBCC
Mr. OJO - MBCC
DW Brewer - MBCC
Mr. Bateman - MBCC
Mr. Akinbode - MBCC
Lt. Sasser - EWCC
Mr. Batson - EWCC
Mr. Visor - EWCC

Ms. Cartwright - EWCC Lt.
Ms. Cartwright - EWCC Sgt.
Mr. McCarver - EWCC
Mr. Haynes - MBCC
Mr. Hull - MBCC
Mr. Leirman - MBCC
Mr. Taylor - EWCC
Ms. Azghar - EWCC
Nalani Ching - Muskogee County
Andrea Brown - Tulsa County
Kevin Gray - Tulsa County
Tulsa Public Defenders Office - Tulsa
Ms. Rodriquez - EWCC
Ms. Graham - MBCC
Mr. Onajobi - MBCC
Ms. Holland - MBCC
Mr. Adeosun - MBCC
The Appellate Courts - OK
Ms. Ford - MBCC
Dr. Ritter - EWCC
Ms. Dickerson/Simmons - EWCC
Ms. Seely - EWCC
Ms. West - MBCC
Ms. Lorentz - MBCC
Mr. Erskine - MBCC
Mr. Burchette - MBCC
Ms. Cummings - MBCC
Ms. Woods - MBCC
Ms. Baker
Mr. Adigan - MBCC

Defendants
Ms. Lang - MBCC
Ms. Willis - MBCC
Mr. Burgess - EWCC
Mr. Stogner - EWCC
Mr. Moore - EWCC
Ms. Henderson - EWCC
M.J. Denham - Tulsa County Attorney
Mr. Wright Lester
Ms. Paxson - MBCC
Ms. Baltis - EWCC (2021-2022)
Mr. Clark - EWCC
Janie Davis - MBCC Inmate
Atiana Jordan - MBCC Inmate
Tennecia Pennon - MBCC Inmate
Renita Wells - MBCC Inmate
Telesha Jones - MBCC Inmate
Kimberly Marsh - MBCC Inmate
Brianna Lee - MBCC Inmate
Tonya Hill - MBCC Inmate
Shantoria Jordan - MBCC Inmate
Misty Ruskaric - EWCC Inmate
Brianna Indiveri - MBCC Inmate
Madison Payne - MBCC/EWCC 2023
Ashley Graham - MBCC Inmate
Tasheka Washington - MBCC Inmate
Selena Geraurd - MBCC Inmate
Treon Bennett - MBCC Inmate
Tiffany Wesley - MBCC Inmate
Inola Cannon - MBCC Inmate
Ashley Clemmons - MBCC Inmate

Continued Defendant(s)
Charlisa - MBCC Inmate
Joy Mora - MBCC Inmate
Teresa Cope - MBCC Inmate
Ms. Wapha - EWCC
Ms. Cote - MBCC
Mr. Wilson - EWCC
Mr. Senight - MBCC
Meosha - MBCC
Tiesha Ealey - MBCC
Leona Archer - EWCC
Autumn Price - EWCC
Raven Guilliam - MBCC (2023)
Mr. Owije - MBCC
Ms. Hughes - MBCC
Ms. Medlen - MBCC 2023
Charles Harvey Muskogee Health Dept.
S. Terrence Dunn PhD

officials, medical personnel, dental, municipal officials, police department, phone companies, and hold some position of authority. They were all acting under the color of state law.

The inmates were all housed in the Department of Corrections in the State of Oklahoma: Mabel Bassett and Dr. Eddie Warrior Correctional Center.

### B. Nature OF The Case

I began my 12 year sentence in Tulsa County CF:2012-2521 Oct 1, 2013. I was arrested 6/2012 by two male officers who reached in my pocket grabbed my phone without a ~~cellphone~~ search warrant. According to Tulsa County Court Clerk and Police Department there was no search warrant for CF: 2012-2521 or for Jane/John Doe. I've been incarcerated for 10 years 2 months. I do have two co-defendants. The state of Oklahoma violated several of my constitutional rights beginning with the 1st Amendment, 4th Amendment, 5th Amendment, 6th Amendment, 7th Amendment, and the 8th Amendment. Ofc. Ryder grabbed me by the neck while the male detective who was interrogating me in their white vehicle came around to arrest me after my phone vibrated, he reached in my pocket and took my phone. I was placed under arrest for obstruction because I chose to get out the vehicle. I never was read my miranda rights. The obstruction charge was dismissed with costs. In June 2012 the same officers pulled the vehicle over my husband over with guns drawn on my 15 year old daughter believing she was

me. At which point they told her to call me. When I spoke to them they asked me if we could meet up so that they could book me in on conspiracy to commit robbery x2, $40,000 bond. I turned myself in at which time Scott Goode was retained by my father to do a bond reduction which was never filed until after I posted bail. Six months later my charges were amended 1st Degree Robbery was added and Robbery with a Firearm. I remained on bond. My attorney told me he had my discovery it was 900 something pages long that we needed to talk to Andrea Brown to try and make a deal. No deal was ever made. Scott Goode withdrew took a job with the Tulsa Public Defender's office at which time he told me it would be conflict of interest and referred me to his friend Damon Sacra and sent him some of the money that was paid to him. Sacra entered his appearance on both of my cases. Oct. 1, 2013 I turned myself in for sentencing. Prior to Oct. 1, 2013, Sacra stated he could get me in Female in Diversion Program because the coordinator was a good friend of his but I would have to take a blind plea. While completeing my Plea of Summary of Facts I asked if I could go to trial he said the only way he would go tell Judge Gillert that is if I paid him $10,000 because he wasn't going to do the back and forth. I told him I can get a public defender. He put on my paperwork about my depression disorder but stated

It didn't matter about my medication the judge didn't care and marked no. In October Ms. Deinsteil came to see me she completed my PSI with many errors. Nov. 18, 2013 the judge hadn't even seen my PSI. Sacra and Judge Gillert went into the chambers, Sacra came back, he said the Judge is offering you 20 years with a one year review he said now keep in mind on your one year review he don't have to modify your sentence or 12 years without a review. I asked can I get a split sentence he said no you don't qualify. After sentencing I appealed the decision. Prior to that during sentencing Sacra called me an ungrateful cunt. M.J. Denham was appointed for my appeal I was threatened with a life sentence from Judge Gillert so I stood up I asked him if I could keep the 12 years I received. I arrived at MBARC 01/2014 at which time my assessment paperwork my days were 4310. I remained at Mabel Bassett until 2016 until I was transferred to EWCC. While housed at Mabel Bassett I was harrassed, I went nights without a mat, falsely accussed of PREA, there was a Chief who was a convicted felon from the state of California, accussed of having a knife thrown over the fence, etc. In 2020 I became a victim to rape, three assaults, and almost lost my life. There were death threats made at Mabel Bassett that followed me to EWCC. I had numerous

Seizures, and went into a coma after CPR was performed. I layed half naked in a cell because I urinated and defaceted on myself. I went without food and water. Medical or staff would help me. I am requesting all video surveilliance for both facilities because I was poisoned with arsenic/fentanyl.

## C. Cause of Action

1) I allege that the following of my constitutional rights, privileges, or immunities have been violated and that the following facts form the basis for my allegations:

A)(1) Count I: 1st Amendment right, 4th Amendment right, 5th Amendment, 6th Amendment, 7th Amendment, 8th Amendment

(2) Supporting Facts:
Declaration Form, Phone Records, Video Survelliance. These defendants had knowledge about the death threats, lack of medical treatment, cruel and unsual punishment, or were part of the actual plan of excuting the murder/plot of killing me and my family.

## D. Previous Lawsuits And Administrative Relief

1) I have no other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment.

2) I have sought informal and formal relief from appropriate administrative officials regarding

the acts complained of in Part C.

### E. Request For Relief

1) I believe that I am entitled to the following relief: (I = Carey M. King)

There were at least six amendment rights of the U.S. Constitution violated. I was a victim of rape and anal sodomy. I was poisoned with arsenic/fentanyl. I had numerous seizures went into a coma without medical treatment. I went days without food/water. I urinated and defacated on myself. I layed half naked for days. All this because an inmate told staff I was hallucinating and delusional. This inmate is the same inmate is the one who threatened to kill me and my family. DOC Policy and Procedures were not followed. Compensatory Damages: 2 Two million dollars against each defendant individually, in their official capacity, and severally

Nominal damages: 1 million dollars against each defendant individually, in their official capacity, and severally

Punitive damages: 2 million dollars against each defendant individually, in their official capacity, and severally

Carey M. King also seek criminal charges on all issues that are considered against the law in criminal court.

Carey M. King seek those who hold license in the medical or judical field relinquish their license. All others terminated immediately.

Carey M. King seek recovery of costs in this suit, and any additional relief this court deem just, proper, and equitable.

Carey M. King
Petitioner

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares (or certifies, verifies, or states) under penalty of perjury that he is the Plaintiff in the above action, that he has read the above complaint and that the information contained therein is true and correct. 28 U.S.C. § 1746.    18 U.S.C. § 1621.

Executed at  EWCC P.O. Box 315 Taft, OK 74463  on  Dec   6, 2023
                          (Location)                                   (Date)

_____
(Signature)

6